UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. EDCV 26-6460 (PVC) Date: November 12, 2026

Title Luis Lopez Guzman v. Warden Desert View Annex et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| None | None |

**PROCEEDINGS: [IN CHAMBERS] ORDER GRANTING PETITION (Dkt. No. 1); ORDERING IMMEDIATE RELEASE; DENYING MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 2) AS MOOT**

Petitioner Luis Lopez Guzman, represented by counsel, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on October 30, 2026, seeking his immediate release from immigration custody and an award of costs and reasonable attorney fees under the Equal Access to Justice Act. ("Petition," Dkt. No. 1 at 15).[1] For the reasons stated below, the Petition is GRANTED.

## I. Factual Background

Petitioner is a noncitizen from Guatemala who is currently detained at the Adelanto ICE Processing Center. (Dkt. No. 1 at 4; Dkt. No. 1-2 at 3). Petitioner entered the United States in December 2013 at the age of six with his mother and was detained at a Federal Detention Center for over two months before being released into the United States. (*Id.* at 2). Immigration authorities detained Petitioner on October 23, 2026, in

[1] For ease of reference, when referring to the filings, the Court uses the page numbers generated by CM/ECF shown in the blue ribbon at the top of each page of each court filing.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. EDCV 26-6460 (PVC) Date: November 12, 2026

Title Luis Lopez Guzman v. Warden Desert View Annex et al.

Corona, California while he was driving to work. (*Id.*). Petitioner has no known convictions for crimes involving moral turpitude. (*Id.*).

## II. Discussion

Respondents failed to appear, or respond to the Petition, in violation of General Order 26-05.[2] (*See* Dkt. No. 5). Petitioner noted this failure and seeks an order granting the Petition. (Dkt. No. 7 at 4). Local Rule 7-12 provides that "[t]he failure to file any required document … may be deemed consent to the granting or denial of the motion[.]" The Court deems Respondents' failure to file an Answer to the Amended Petition in this case – despite having notice of their obligation to do so and an opportunity to be heard in opposition to the Petition – to be their consent to granting the relief sought in that pleading.

## III. Conclusion

For the reasons set forth here, as well as those set forth in the Petition (Dkt. No. 1) and in Petitioner's Notice of Respondent's Failure to File Timely Answer and Motion for Immediate Relief (Dkt. No. 7), the Court ORDERS as follows:

1. The Petition (Dkt. No. 1) is hereby GRANTED;
2. Respondents shall immediately release Petitioner **Luis Lopez-Guzman (A# 206 091 297)** from custody.
3. If Respondents have not released Petitioner within three days of the date of this Order, Petitioner may file a request for an order to show cause re contempt.

[2] This failure may not have been accidental. At a September 8, 2026 meeting of the Magistrate Judges of this Court, the Chief Magistrate Judge reported that the United States Attorney's Office has decided that it will file nothing in response to some immigration-related habeas corpus petitions, notwithstanding General Order 26-05.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. EDCV 26-6460 (PVC) Date: November 12, 2026

Title Luis Lopez Guzman v. Warden Desert View Annex et al.

4. Any fee motion must be filed within the deadlines set by the Equal Access to Justice Act, 28 U.S.C. § 2412, and this Court's Local Rules; the Court retains jurisdiction to adjudicate any such motion or other collateral enforcement issues.

The Clerk of the Court is directed to serve a copy of this Order upon Petitioner at his address of record.

IT IS SO ORDERED.

| | |
|---|---|
| | 00:00 |
| **Initials of Preparer** | mr |