JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LUIS LOPEZ GUZMAN,
Petitioner,
v.
DESERT VIEW ANNEX, et al.,
Respondents.

Case No. EDCV 26-6460 PVC

**JUDGMENT**

Pursuant to the Order Granting the Petition and Ordering Immediate Release,

IT IS HEREBY ADJUDGED THAT the Petition for Writ of Habeas Corpus is GRANTED and Judgment is entered in favor of Petitioner.

DATED: November 12, 2026

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE